LAW OFFICES OF STEPHENSON,
ACQUISTO & COLMAN, INC.
JOY STEPHENSON-LAWS, ESQ.　(SBN 113755)
BARRY SULLIVAN, ESQ.　(SBN 136571)
RICHARD A. LOVICH, ESQ.　(SBN 113472)
BARBARA V. LAM, ESQ.　(SBN 231073)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502
Telephone: (818) 559-4477
Facsimile: (818) 559-5484

Attorneys for Plaintiff
STANFORD HEALTH CARE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STANFORD HEALTH CARE, a California non-profit public benefit corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HAWAII MEDICAL SERVICE ASSOCIATION, a Hawaii non-profit mutual benefit society, and DOES 1 THROUGH 25, INCLUSIVE,<br><br>　　　　Defendants. | Case No.: 5:17-cv-002570-EJD<br><br>Judge: Hon. Edward J. Davila<br><br>**STIPULATION TO DISMISSAL WITH PREJUDICE [F.R.C.P. 41(a)(1)(ii)]**<br><br>APPROVED<br>Judge Edward J. Davila<br>1/10/2018 |

///

///

///

17718

- 1 -　STIPULATION TO DISMISSAL WITH PREJUDICE [F.R.C.P. 41(a)(1)(ii)]

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the above-entitled action can be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(ii), with each party to bear its own fees and costs.

Dated: January 9, 2018

                LAW OFFICES OF
STEPHENSON, ACQUISTO & COLMAN, INC.

By:     /s/ Barbara V. Lam
BARBARA V. LAM
ATTORNEYS FOR
STANFORD HEALTH CARE

Dated: January 9, 2018

REED SMITH LLP

By: /s/ Amir Shlesinger

AMIR SHLESINGER
Attorneys for
HAWAII MEDICAL SERVICE ASSOCIATION

*Filer's Attestation:* Pursuant to Local Rule 5-1(i)(3), Barbara V. Lam hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.